No. 535. ARKANSAS POWER & LIGHT CO. ET AL. *v.* FEDERAL POWER COMMISSION; and

No. 596. ARKANSAS PUBLIC SERVICE COMMISSION *v.* FEDERAL POWER COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *P. A. Lasley, A. J. G. Priest, Sidman I. Barber, Harry A. Poth, Jr.* and *Gordon E. Young* for petitioner in No. 535. *Ike Murry,* Attorney General of Arkansas, *H. Cecil Kilpatrick* and *Cecil A. Beasley, Jr.* for petitioner in No. 596. *Solicitor General Perlman, Acting Assistant Attorney General Clapp, Paul A. Sweeney, Melvin Richter, Bradford Ross, Howard E. Wahrenbrock* and *Reuben Goldberg* for respondent.

No. 562. TOWNSEND *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Maurice J. Nicoson* and *Frederick A. Potruch* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner, Frederick U. Reel* and *Abraham H. Maller* for respondent.

No. 616. CLEM, TRUSTEE IN BANKRUPTCY, ET AL. *v.* JOHNSON. C. A. 8th Cir. Certiorari denied. *Matthew J. Levitt* for petitioner.

No. 574. WESTINGHOUSE RADIO STATIONS, INC. ET AL. *v.* FELIX. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Allen S. Olmsted, 2nd, Walter Biddle Saul* and *Robert F. Irwin, Jr.* for petitioners. *Thomas D. McBride* for respondent.

No. 594. BERLINSKY *v.* EISENBERG ET AL., TRUSTEES. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se.* *John Henry Lewin* for respondents.